IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-567-FDW-DCK

| WORLDWIDE HEALTHSTAFF SOLUTIONS LTD., | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| MD OMG EMP, LLC, and HEALTH CARE FACILITY MANAGEMENT, LLC, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Local Counsel Benjamin S. Chesson on October 2, 2024.

Applicant Alexander M. Brauer seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Alexander M. Brauer is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: October 2, 2024

David C. Keesler
United States Magistrate Judge