IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-567-FDW-DCK

| WORLDWIDE HEALTHSTAFF SOLUTIONS LTD., | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| MD OMG EMP, LLC, and HEALTH CARE FACILITY MANAGEMENT, LLC, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Local Counsel Thomas Crist on January 9, 2025.

Applicant Jonathon Korinko seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Jonathon Korinko is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 9, 2025

David C. Keesler
United States Magistrate Judge